RICHARD D. MARKS, ESQ. (SBN 71818)
Richard D. Marks Professional Corporation
3027 Townsgate Road, Suite 220
Westlake Village, California 91361
Telephone  (805) 370-3370
Facsimile:  (805) 370-3377
Email:    RDMarks@rdmpc.com

DAVID M. POITRAS P.C. (State Bar No. 141309)
THOMAS M. GEHER (State Bar No. 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067
Telephone: (310) 203-8080
Facsimile:  (310) 203-0567
Email:    dpoitras@jmbm.com

Attorneys for Defendant
AMADOR AVENUE PROPERTIES, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GRAND VIEW FINANCIAL, LLC,<br><br>            Debtor and Debtor in Possession. | Case No.: 2:17-bk-20125-RK<br><br>Chapter 11<br><br>Adv. No. 2:18-ap-01018-RK |
| GRAND VIEW FINANCIAL, LLC,<br><br>            Plaintiff,<br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASSTHROUGH CERTIFICATES, SERIES 2006-Q0C; AZTEC FORECLOSURE CORPORATION; and AMADOR AVENUE PROPERTIES, LLC,<br><br>            Defendants. | **DEFENDANT AMADOR AVENUE PROPERTIES, LLC'S JOINDER TO DEFENDANTS' DEUTSCHE BANK TRUST COMPANY AMERICAS AND AZTEC FORECLOSURE CORPORATIONS MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:**<br><br>Date: May 22, 2018<br>Time: 3:00 p.m.<br>Place: Courtroom 1675<br>          Roybal Federal Building<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br>Judge: Hon. Robert N. Kwan |

61927750v1

# JOINDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Amador Avenue Properties, LLC ("Amador"), through the undersigned counsel, respectively joins in Defendants Deustsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Passthrough Certificates, Series 2006-Q0C ("Deutsche Bank") and Aztec Foreclosure Corporation's ("Aztec")(Deutsche Bank and Aztec are referred to hereinafter collectively as "Defendants") *Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56* (the "Motion for Summary Judgment")[Adv. Docket No. 19].

By the Motion for Summary Judgment, Defendants seek judgment on the first, fourth and fifth claims for relief set forth in the underlying complaint. Amador joins in the Motion for Summary Judgment on the first and fifth claims for relief. Amador asserts that the arguments advanced by Defendants regarding the first and fifth claims for relief apply equally to any claims against Amador, which are or may be encompassed within those claims for relief. Moreover, the second and third claims for relief (declaratory relief against Amador regarding the pending unlawful detainer action in the Superior Court of California and turnover of the property at issue) are wholly dependent upon Plaintiff prevailing upon the first claim for relief. Accordingly, if judgment is entered in favor of Defendants on the first claim for relief, judgment must be entered (or the claims otherwise dismissed) in favor of Amador on the first, second and third claims for relief.

In addition to this Joinder, Amador intends to file a joinder to Defendants *Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c)* (the "Defendants' Motion for Judgment on the Pleadings")[Adv. Docket No. 19], along with its own Motion for Judgment on the Pleadings, with such joinder and motion to be set for hearing at the same time as the Motion for Summary Judgment. Amador's further joinder and separate motion will be filed in accordance with the timeline set forth in the Local Bankruptcy Rules for the Central District of California to he heard May 22, 2018.

1  The undersigned concur in the arguments set forth in the Motion for Summary Judgment
2  and adopt and incorporate them in full herein.
3  For the reasons set forth in the Motion for Summary Judgment, judgment should be
4  entered in favor of Defendants on the first, fourth and fifth claims for relief.  As a consequence of
5  judgment being entered in favor of Defendants on the first and fifth claims for relief, judgment
6  must be entered in favor of Amador on the first, second and third claims for relief.  Amador prays
7  for relief in accordance with the foregoing and for such other and further relief that the Court may
8  deem just and proper.

Respectfully submitted,

Dated:  April 10, 2018

RICHARD D. MARKS
PROFESSIONAL CORPORATION

- and -

JEFFER MANGELS BUTLER &
MITCHELL LLP
DAVID M. POITRAS
THOMAS M GEHER

*/s/ David M. Poitras*
Attorneys for Defendant, AMADOR AVENUE PROPERTIES, LLC

61927750v1

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308

A true and correct copy of the foregoing document entitled (*specify*): ***DEFENDANT AMADOR AVENUE PROPERTIES, LLC'S JOINDER TO DEFENDANTS' DEUTSCHE BANK TRUST COMPANY AMERICAS AND AZTEC FORECLOSURE CORPORATIONS MOTION FOR SUMMARY JUDGMENT***;
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *April 10, 2018*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Angie M Marth    amarth@logs.com, ssali@logs.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *April 10, 2018* I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Honorable Robert N. Kwan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 10, 2018 | Billie Terry | */s/ Billie Terry* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**