TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA  90067
Telephone: (310) 229-1234
Fax: (310) 229-1244
Email: tma@lnbyb.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 08 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GRAND VIEW FINANCIAL, LLC,<br><br>           Debtor and Debtor in Possession. | Case No.:  2:17-bk-20125-RK<br><br>Chapter 11 Case<br><br>Adv. No. 2:18-ap-01018-RK |
| GRAND VIEW FINANCIAL, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO3; AZTEC FORECLOSURE CORPORATION; and AMADOR AVENUE PROPERTIES, LLC,<br><br>           Defendants.<br><br>// | **ORDER RE: STIPULATION TO DISMISS ADVERSARY PROCEEDING, WITH PREJUDICE**<br><br><u>Current Status Conference</u><br>Date:  May 29, 2018<br>Time:  1:30 p.m.<br>Place:  Courtroom 1675<br>        Roybal Federal Building<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

Upon consideration of the Stipulation to Dismiss Adversary Proceeding, With Prejudice (the "<u>Stipulation</u>")[1] entered into by Plaintiff and Defendants,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Stipulation is hereby approved.

2.    The Adversary is hereby dismissed, with prejudice, with each party to bear its own costs of suit.

3.    Within seven (7) business days of the entry of this order, Plaintiff shall record a release of the Lis Pendens.

**IT IS SO ORDERED.**

# # #

Date: May 8, 2018

_____
Robert Kwan
United States Bankruptcy Judge

_____

[1] Capitalized terms herein have the same meanings as in the Stipulation.